Judge Peter Dorsey,
Clerk of Court

*[Stamp: United States District Court, District of Connecticut, FILED AT NEW HAVEN, Nov 3, Kevin F. Rowe, Clerk, P.a. Villano, Deputy Clerk]*

10-21-0

I come with respect an mercy to your court and would ask to please be given a chance to plead my case for a motion on my 2255.

I have sent for an extention due to not haveing an Attorney to help me and my little understanding of Law work and fileing.

So with respect to your office, can I please be granted some legal help and an extention on my 2255 motion?

I have filed for an extention back in July 15 2004 but since my transfer from Allenwood to here I havent heard any thing on it.

Sincerly,
Jorge Santiago
#14168-014
Edgefield F.C.I
P.O. Box 725
Edgefield, SC 29824.