# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :
                                  :
      -vs-                        :          Criminal No. 3:01 CR 79 (PCD)
                                  :
JORGE SANTIAGO                    :


### APPOINTMENT OF THE FEDERAL PUBLIC DEFENDER'S OFFICE
### PURSUANT TO THE PROVISIONS OF
### THE CRIMINAL JUSTICE ACT OF 1964, AS AMENDED


_____The defendant has sworn under oath or affirmed as to his financial inability to

employ counsel and has expressed the desire that counsel be provided by the Court to

represent him, pursuant to the provisions of the Criminal Justice Act of 1964 as

amended.

      IT IS HEREBY ORDERED that the Federal Public Defender's Office is appointed

to represent the defendant.

      SO ORDERED.

      Dated at New Haven, Connecticut, November 10, 2004.


                        /s/_____
                              Peter C. Dorsey, Senior
                              United States District Judge