# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                    **APPEARANCE**

JORGE SANTIAGO                        CASE NO. 3:01CR79(PCD)


*To the Clerk of this Court and all parties of record:*

   *Enter my Appearance as counsel in this case for:*

### JORGE SANTIAGO

| | |
|---|---|
| Date: November 15, 2004 | _/s/_____ |
| | Signature |
| Bar No.: ct05085 | Gary D. Weinberger |
| | Print Name |
| | OFFICE OF THE FEDERAL DEFENDER |
| | Firm Name |
| | 10 Columbus Blvd., Fl 6 |
| | Address |
| | Hartford           CT           06106 |
| | City           State           Zip Code |
| | (860) 493-6260 |
| | Phone Number |

*I hereby certify that copies have been mailed/hand-delivered to counsel of record as listed below, this date: November 15, 2004 to: Robert Appleton, Asst. United States Attorney, United States Attorney's Office, 915 Lafayette Blvd., Bridgeport,, CT 06604.*

                                    _/s/_____
                                    Signature