AO 243 (Rev. 5/85)    **MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT**
SDNY Web 5/99                **SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| 𝕌nited 𝕊tates 𝔻istrict ℭourt | District NEW HAVEN CONNECTICUT | |
|---|---|---|
| Name of Movant JORGE SANTIAGO | Prisoner No. 14168-014 | Case No. 3:01CR00079 P.CD |

| Place of Confinement EDGEFIELD-FCI, EDGEFIELD, SOUTH CAROLINA |
|---|

UNITED STATES OF AMERICA          V.          Jorge Santiago

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  **U.S. District Couyrt**
   **915 Lafayette, Blvd. Bpt Ct.**

2. Date of judgment of conviction  **March 25, 2002**

3. Length of sentence  **(15) years**

4. Nature of offense involved (all counts)  **Unlawful Possession of a Firearm, Title**
   **18, U.S.C. Section 922(g) and 924(e).**

5. What was your plea?    (Check one)
   (a)  Not guilty  ☐
   (b)  Guilty  ☒
   (c)  Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have?  (Check one)
   (a)  Jury  ☐   N/A
   (b)  Judge only  ☐

7. Did you testify at the trial?
   Yes ☐    No ☐    N/A

8. Did you appeal from the judgment of conviction?
   Yes ☒    No ☐

(2)

AO 243 (Rev. 5/85) SDNY Web 5/99

9.  If you did appeal, answer the following:

    (a)  Name of court ___ SECOND CIRCUIT COURT OF APPEALS _____

    (b)  Result ___ Affirmed _____

    (c)  Date of result ___ October 9 - 2003 _____

10.  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐    No ☒

11.  If your answer to 10 was "yes," give the following information:

    (a)  (1)  Name of court _____

        (2)  Nature of proceeding _____

        (3)  Grounds raised _____

        (4)  Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐    No ☐

        (5)  Result _____

        (6)  Date of result _____

    (b)  As to any second petition, application or motion give the same information:

        (1)  Name of court _____

        (2)  Nature of proceeding _____

        (3)  Grounds raised _____

AO 243 (Rev. 5/85) SDNY Web 5/99

   (4)  Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐     No ☐

   (5)  Result _____

   (6)  Date of result _____

 (c)  Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1)  First petition, etc.        Yes ☐     No ☐
    (2)  Second petition, etc.     Yes ☐     No ☐

 (d)  If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12.  State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

    CAUTION:  If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
   ☒ Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
 (b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85) SDNY Web 5/99

(c)  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d)  Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e)  Conviction obtained by a violation of the privilege against self-incrimination.
(f)  Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g)  Conviction obtained by a violation of the protection against double jeopardy.
(h)  Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i)  Denial of effective assistance of counsel.
(j)  Denial of right of appeal.

A.  Ground one:  Ineffective Assistance of Counsel

Supporting FACTS (state *briefly* without citing cases or law)  Failure to move to suppress;
failure to Investigate; failure to move for downward departure;
and failure to allege that the search of the house was based on
false information
By Law I should of been entitled to REASONABLY
competent assistance of counsel from pre-plea investigation.

B.  Ground two:  Ineffective Assistance of Counsel

Supporting FACTS (state *briefly* without citing cases or law)  Failure to protect my rights
by leading me to waive the "Apprende v New Jersey" as a violation
to my 6th Amendment Right
Failure on preperation through advocacy at sentence

C.  Ground three:  Ineffective Assistance of Counsel

Supporting FACTS (state *briefly* without citing cases or law)  Failure to protect my rights
as my attorney, and negligence to his client through forcing me
into agreeing to a guilty plea by using threats indicating that
my case had already been decided prior to my plea being entered
thus, I believe my decision (to enter a guilty plea) was made
due to incomplete information provided by my attorney

AO 243 (Rev. 5/85) SDNY Web 5/99

without this misinformation, I now believe it would have been in my best interest to take my case to "trial"

D. Ground four: Ineffective Assistance of Counsel

Supporting FACTS (state *briefly* without citing cases or law) Failure to present to the judge evidence indicating my whereabouts...i.e. letters and statements to prove that the warrant was non-valid due to false process and informing the judge that by simply looking at the facts of my case, he would see proof of corruption (through false statements) and a warrantless search, which would prove my innocence

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing   Alexander H. Schwartz, Esq
3695 Post Road, P.O. Box 701 Southport, Ct 06490-0701

(b) At arraignment and plea   Same as above

(c) At trial   N/A

(d) At sentencing   Same as (preliminary hearing)

AO 243 (Rev. 5/85) SDNY Web 5/99

(e) On appeal ___Jonathan Svetkey___

(f) In any post-conviction proceeding ___N/A___

(g) On appeal from any adverse ruling in a post-conviction proceeding ___N/A___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐    No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☒    No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

___5-10-05___
(date)

_____
Signature of Movant



Inmate Statement

🖶 PRINT

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| EDG | 4/26/2005 9:19:24 PM | ITS0426 | | | ITS Withdrawal | (S6.00) | | $40.76 |
| EDG | 4/26/2005 7:12:02 PM | 49 | | | Sales | (S44.98) | | $46.76 |
| EDG | 4/22/2005 4:36:14 PM | ITS0422 | | | ITS Withdrawal | (S5.00) | | $91.74 |
| EDG | 4/19/2005 6:07:35 PM | 35 | | | Sales | (S20.00) | | $96.74 |
| EDG | 4/18/2005 8:11:28 PM | ITS0418 | | | ITS Withdrawal | (S5.00) | | $116.74 |
| EDG | 4/16/2005 8:43:51 AM | ITS0416 | | | ITS Withdrawal | (S3.00) | | $121.74 |
| EDG | 4/13/2005 7:17:37 PM | 104 | | | Sales | (S50.80) | | $124.74 |
| EDG | 4/13/2005 10:40:51 AM | 2 | | | Sales | (S5.00) | | $175.54 |
| EDG | 4/12/2005 8:56:13 PM | ITS0412 | | | ITS Withdrawal | (S5.00) | | $180.54 |
| EDG | 4/12/2005 2:56:07 PM | | 2031 | | Gift | (S70.00) | | $185.54 |
| EDG | 4/12/2005 5:36:24 AM | 70130301 | | | Lockbox - CD | S100.00 | | $255.54 |
| EDG | 4/11/2005 7:03:52 PM | ITS0411 | | | ITS Withdrawal | (S5.00) | | $155.54 |
| EDG | 4/7/2005 8:45:57 PM | ITS0407 | | | ITS Withdrawal | (S7.00) | | $160.54 |
| EDG | 4/6/2005 7:21:02 PM | 58 | | | Sales | (S78.30) | | $167.54 |
| EDG | 4/6/2005 5:25:47 AM | 70129901 | | | Lockbox - CD | S50.00 | | $245.84 |
| EDG | 4/5/2005 9:40:32 PM | ITS0405 | | | ITS Withdrawal | (S5.00) | | $195.84 |
| EDG | 4/4/2005 5:08:42 PM | ITS0404 | | | ITS Withdrawal | (S6.00) | | $200.84 |
| EDG | 4/4/2005 3:10:00 PM | 33313005 | | | Western Union | S30.00 | | $206.84 |
| EDG | 4/4/2005 10:09:13 AM | JV0058 | | | Payroll - UNICOR | S176.48 | | $176.84 |
| EDG | 3/30/2005 8:04:22 PM | ITS0330 | | | ITS Withdrawal | (S3.00) | | $0.36 |
| EDG | 3/30/2005 7:40:36 PM | 124 | | | Sales | (S43.95) | | $3.36 |
| EDG | 3/29/2005 8:37:38 PM | ITS0329 | | | ITS Withdrawal | (S3.00) | | $47.31 |
| EDG | 3/26/2005 10:18:12 AM | ITS0326 | | | ITS Withdrawal | (S5.00) | | $50.31 |
| EDG | 3/23/2005 9:25:03 PM | ITS0323 | | | ITS Withdrawal | (S5.00) | | $55.31 |
| EDG | 3/23/2005 10:42:50 AM | | 1797 | | Gift | (S100.00) | | $60.31 |
| EDG | 3/21/2005 8:59:47 PM | ITS0321 | | | ITS Withdrawal | (S5.00) | | $160.31 |
| EDG | 3/17/2005 9:11:40 PM | ITS0317 | | | ITS Withdrawal | (S5.00) | | $165.31 |
| EDG | 3/15/2005 9:04:37 PM | ITS0315 | | | ITS Withdrawal | (S3.00) | | $170.31 |
| EDG | 3/15/2005 5:44:01 AM | 70128301 | | | Lockbox - CD | S90.00 | | $173.31 |
| EDG | 3/14/2005 5:55:34 PM | 67 | | | Sales | (S31.90) | | $83.31 |
| EDG | 3/14/2005 10:48:53 AM | 7 | | | Sales | (S10.00) | | $115.21 |
| EDG | 3/13/2005 8:32:13 PM | ITS0313 | | | ITS Withdrawal | (S7.00) | | $125.21 |
| EDG | 3/10/2005 7:19:58 PM | 95 | | | Sales | (S22.45) | | $132.21 |

| Alpha Code | Date | Reference | Type | Amount | Balance |
|---|---|---|---|---|---|
| EDG | 3/10/2005 10:48:55 AM | 3 | Sales | ($11.10) | $154.66 |
| EDG | 3/9/2005 5:23:28 PM | ITS0309 | ITS Withdrawal | ($5.00) | $165.76 |
| EDG | 3/7/2005 9:29:45 PM | ITS0307 | ITS Withdrawal | ($3.00) | $170.76 |
| EDG | 3/4/2005 11:36:24 AM | JV0047 | Payroll - UNICOR | $162.97 | $173.76 |
| EDG | 3/3/2005 7:03:54 PM | ITS0303 | ITS Withdrawal | ($6.00) | $10.79 |
| EDG | 3/3/2005 5:22:49 PM | 3 | Sales | ($73.97) | $16.79 |
| EDG | 2/28/2005 9:50:34 PM | ITS0228 | ITS Withdrawal | ($5.00) | $90.76 |
| EDG | 2/27/2005 4:49:03 PM | ITS0227 | ITS Withdrawal | ($5.00) | $95.76 |
| EDG | 2/24/2005 8:24:51 PM | ITS0224 | ITS Withdrawal | ($4.00) | $100.76 |
| EDG | 2/22/2005 7:11:23 PM | 62 | Sales | ($45.51) | $104.76 |
| EDG | 2/22/2005 5:20:25 PM | ITS0222 | ITS Withdrawal | ($5.00) | $150.27 |
| EDG | 2/22/2005 2:07:00 PM | 3.3310105 | Western Union | $70.00 | $155.27 |
| EDG | 2/20/2005 5:27:32 PM | ITS0220 | ITS Withdrawal | ($2.00) | $85.27 |
| EDG | 2/16/2005 9:19:26 PM | ITS0216 | ITS Withdrawal | ($4.00) | $87.27 |
| EDG | 2/14/2005 6:42:20 PM | 121 | Sales | ($14.00) | $91.27 |
| EDG | 2/13/2005 8:16:25 PM | ITS0213 | ITS Withdrawal | ($5.00) | $105.27 |
| EDG | 2/11/2005 8:52:46 PM | ITS0211 | ITS Withdrawal | ($2.00) | $110.27 |

1 2 3

**Total Transactions: 129**

|  | Totals: | $40.42 | $0.00 |
|---|---|---|---|

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| EDG | $40.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40.76 |
| **Totals:** | **$40.76** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$40.76** |

Judge " Peter C. Dorcey sir.          ①                           4-27-05

    I come befor the mercy of the courts and the government and ask permission to state facts on time.

    I was raised by my grandma and my mom who had little but made the best to provide for my sister, brother and my self.

    liveing in a project, Father Panic Villiage " was not easy and as a single mom with three kids I had to learn to survive and it was a daily strugle getting chase from school to home and every where els I went in that projects.

    I never gave up on school and some how I felt safer thare but being out cast for being a kid with torn cloths and broken sneaker and the same cloths untill the crowed welcomed me in to make money for the as well as for me to share the little I made with my family,

    I know I disapointed my family for the wrong I did and It bothered me so because I felt I was alone in this world and I failed at every thing I did to do good.

    I never got to grow up and give my self a chance at life untill I got to be a parrent and seen reality for all it realy means getting in trouble as a young man gave me

②

litte hope to follow my dreams as a police office or Millatary and I was very foolish and wish I had some one thare at those given momments of thos mistakes to have given me a peak at life or the sence of hope A lecture or even a hug telling me it's going to be alright.

I had no Father or a man around to call Dad or some one to run too when I needed to feel safe or wantted, some one to teach me sports or trips, camping, All the things I wish I could do that I have never done,

Ive neve used drugs, I have only been to an action park once when I took my baby brother my fist time ever being some where.

I still have these dreams and I still fight so hard because I feel that my kids will miss all I have and they need and I cant give up on this case because Its not about me,

I cant give up on them like I once did on my self because im not that kid I was when I made my stupid mistakes,

Im the man who realized that given up will lead me no where and my family loves me so I must fight for them.

I dont want my kids to feel lost and with out as was I want to give them all ive never had.

③

a life happyness, dreams and a future with hopes some thing I realize now that matters.

I helping my fincia with 4 children she is raiseing on her own and a sick boy a have to get home to help support and my nephews and niece who gives me the strength to be a better man,

I have much to live for and so much to gain, Ive completed college as to a degree to Psheology and Social worker an Parrenting and many other programs.

My dream is to work with youths in these hoods who just need some one to save them, some one to guide and show them I do understand thare pain;

to give them all I wish I had,

Some one to look up to and guide me!

As you can see. the letter and how hard I have work to get home to my family and I have certificates and programs to show I am not that person I was then.

Please see that my past history left me with no hope but I order and know better now.

Sincerly

I cant give up       Jorge Santiago   Jorge Santiago
on them.  Help me please.                #14468-014

LAW OFFICES OF

# FRANK J. RICCIO, LLC

P.O. BOX 491 • BRIDGEPORT, CT 06601-0491 - (203) 333-6135
TELECOPIER: (203) 333-6190

FRANK J. RICCIO*
FRANK J. RICCIO, II
——

OFFICE LOCATION:
923 EAST MAIN STREET
BRIDGEPORT, CT 06608-1914

*ADMITTED: CT & NY
BOARD CERTIFIED
CRIMINAL TRIAL ADVOCACY

February 20, 2003

Mr. Jorge Santiago
Inmate # 14168-014
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA 17837-1000

Dear Jorge:

I haven't received the documents back from Enfield yet, but I don't think it is going to reflect the fact that you had no guardian appointed to represent you. I presume you had counsel to represent you, and I also presume that Alex Schwartz didn't question this conviction when he responded to the presentence report with an objection letter. In fact, I don't even know if he filed an objection letter.

It appears you were approximately two months shy of your 18th birthday on May 12, 1993, when that sentence was imposed upon you. I do think that it is a legitimate basis for asking the court to disregard that conviction, but I cannot imagine what the challenges would be on the other two.

Please jot down a few notes as to whatever you have in mind regarding those other two, and I will research those issues.

Very truly yours,

FRANK J. RICCIO

FJR/jvg

LAW OFFICES OF

# FRANK J. RICCIO, LLC

P.O. BOX 491 • BRIDGEPORT, CT 06601-0491 - (203) 333-6135
TELECOPIER: (203) 333-6190

FRANK J. RICCIO*
FRANK J. RICCIO, II

OFFICE LOCATION:
923 EAST MAIN STREET
BRIDGEPORT, CT 06608-1914

*ADMITTED: CT & NY
BOARD CERTIFIED
CRIMINAL TRIAL ADVOCACY

March 18, 2003

Mr. Jorge Santiago
Inmate # 14168-014
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA 17837-1000

Dear Jorge:

As of March 17, 2003, I still have not gotten your medical reports from Northern.

Also, I just want to clarify one problem, and that is your assumption that I am going to bring a habeas on your behalf.

That is incorrect. The same conflict of interest that existed before still exists, and I think it would be more appropriate to have court appointed counsel bring a habeas against Alex Schwartz. I feel badly enough that I referred you to him to begin with, but I certainly can't put myself into a position where I bring a habeas against him.

Very truly yours,

*Frank*

FRANK J. RICCIO

FJR/jvg

LAW OFFICES OF

# FRANK J. RICCIO, LLC

P.O. BOX 491 • BRIDGEPORT, CT 06601-0491 - (203) 333-6135
TELECOPIER: (203) 333-6190

FRANK J. RICCIO*
FRANK J. RICCIO, II
AGUSTIN SEVILLANO

OFFICE LOCATION:
923 EAST MAIN STREET
BRIDGEPORT, CT 06608-1914

—————

*ADMITTED: CT & NY
BOARD CERTIFIED
CRIMINAL TRIAL ADVOCACY

July 22, 2002

Mr. Jorge Santiago
Register #: 14168-014
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA  17837

Dear Jorge:

In respect to your letter which I received on July 12th, be advised that your prior criminal cases could only be disposed of by virtue of a pardon, and I don't think by virtue of your federal conviction, the State Board of Parole would in any respect consider a pardon for you.

I am very concerned about the statement in which you tell me that Alex Schwartz promised you a range of sentence between 6 and 7 years.  The pre-sentence report showed you something completely to the contrary, and he should have reviewed that with you.  You are also confronted with a mandatory minimum as I recall, and you should have been advised that unless there was a motion for downward departure based upon a 5K1.1 of the Federal Sentencing Guidelines, there is no way that the Judge could have departed below that.  This is elementary law insofar as the application of the Federal Sentencing Guidelines are concerned.

As I said before, I feel that the manner in which you were treated, the promise of a specific sentence, and a failure to argue your cooperation which never materialized because of an administrative change within the Bridgeport Police Department. This is certainly something that the Court has to sit up and take notice of.

If things happen as you say they did, I want to apologize for referring you to Mr. Schwartz and needless to say, I am very disappointed in the way things worked out.  Up to this point, I had known him as a fighter, as a hard working lawyer who never skimped on research, and who I thought would give you a 100% effort in the defense of your case.

I felt because he did not have the relationship I did with the FBI agents, he would have no qualms of conscience about arguing their conduct, and the overall conduct of the

FRANK J. RICCIO, ESQ.

Government in basically arresting you for something that you never did to wit: a threat of a Government witness. The discovery of the gun, of course, as you know was accidental during the course of a bad arrest; this is something that absolutely should have been brought to the attention of the Sentencing Judge.

Very truly yours,

FRANK J. RICCIO

FJR/jvg

LAW OFFICES OF

# FRANK J. RICCIO, LLC

P.O. BOX 491 • BRIDGEPORT, CT 06601-0491 - (203) 333-6135
TELECOPIER: (203) 333-6190

FRANK J. RICCIO*
FRANK J. RICCIO, II
——

*ADMITTED: CT & NY
BOARD CERTIFIED
CRIMINAL TRIAL ADVOCACY

OFFICE LOCATION:
923 EAST MAIN STREET
BRIDGEPORT, CT 06608-1914

March 3, 2003

Mr. Jorge Santiago
Inmate # 14168-014
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA 17837-1000

Dear Jorge:

I have received back the copies of your record from Enfield, and as I suspected, there is no indication that you had a guardian present with you on the date of your change of plea on 4/28/93 or on the day that you were ultimately sentenced on May 12, 1993.

The next step would be to attempt to secure a transcript from both of those proceedings to determine if the issue of a guardian was discussed on the record.

With the other two cases, I see nothing that would in and of itself have alerted anybody to any impropriety although every other sentence that you received was either in 1992 or early in March of 1993.

I do believe that had you brought this issue up to Alex Schwartz he was obligated to check out these issues, and it also appears that he did not do so.

In the meantime, I have in my possession the signed blank copy of the habeas corpus petition that you forwarded to me.

Would you like me to fill it out and return it to you?

On top of everything else, I do believe that Alex Schwartz should have filed an objection to the presentence report and its guideline calculations with respect to your attempted

**FRANK J. RICCIO, LLC**

assistance with the Cold Case Squad.  I don't know whether he did that.  I will bring that up with your appellate lawyer when I speak with him.

Very truly yours,

FRANK J. RICCIO

FJR/jvg

LAW OFFICES OF

# FRANK J. RICCIO, LLC

P.O. BOX 491 • BRIDGEPORT, CT 06601-0491 • (203) 333-6135
TELECOPIER: (203) 333-6190

FRANK J. RICCIO*
FRANK J. RICCIO, II
AGUSTIN SEVILLANO

OFFICE LOCATION:
923 EAST MAIN STREET
BRIDGEPORT, CT 06608-1914

*ADMITTED: CT & NY
BOARD CERTIFIED
CRIMINAL TRIAL ADVOCACY

July 1, 2002

Mr. Jorge Santiago
Inmate # 14168-014
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Dear Jorge:

Enclosed is the front and back portion of the Power of Attorney signed by you on May 26, 2002. If that is not sufficient to get the items of jewelry returned to your wife, then I will prepare another and will continue to do so in order to help her out.

In the meantime, the normal way to attack an improper conviction and inappropriate sentence besides the appellate process which Mr. Schwartz has already done would be to subsequently file an action for habeas corpus against him, the basis being ineffective assistance of counsel.

I do not think that you have been at all treated fairly by the system, by the assistant that prosecuted your case, or by counsel defending you, because of the inefficiency of the Bridgeport Police Department.

You have become victimized by the system to the extent that all your hard work has gone in vain because of the administrative changes made within the police department.

If Alex Schwartz had been made aware of this, and he did not discuss it with the court, then in my judgment he has dropped the ball, and I believe the court should have to address that issue down the line.

I just don't think now is the appropriate time to file it. I think that you should see what the substance of the appeal is first, insist upon copies of all pleadings that he submits on

**FRANK J. RICCIO, LLC**

your behalf and at that point, evaluate what the appellate issues are that he is proposing to the Second Circuit. If you do get material such as that, I would certainly read it at your request.

I also received the special mail notice issued by the U.S. Department of Justice.

Although it has been my custom for the 34 years that I have been practicing to make sure that the outside of inmate correspondence is clearly marked, from time to time, a piece of correspondence may get through without being stamped. Please let me know if that was the situation the last time you received any mail from this office. From this point forward, we will be stamping all mail as we have been and instructed by the Bureau of Prisons.

Very truly yours,

FRANK J. RICCIO

FJR/jvg
Enclosure

LAW OFFICES OF

# FRANK J. RICCIO, LLC

P.O. BOX 491 • BRIDGEPORT, CT 06601-0491 - (203) 333-6135
TELECOPIER: (203) 333-6190

FRANK J. RICCIO*
FRANK J. RICCIO, II
———

OFFICE LOCATION:
923 EAST MAIN STREET
BRIDGEPORT, CT 06608-1914

*ADMITTED: CT & NY
BOARD CERTIFIED
CRIMINAL TRIAL ADVOCACY

August 18, 2004

Mr. Jorge Santiago
Edgefield FCI
P.O. Box 725
Edgefield, South Carolina, 29824

Dear Jorge:

I received a telephone call from the U.S. Attorney from the District of South Carolina who advises me of your courageous and outstanding work involving a case that the Government was working on.

He asked me who to contact in the District of Connecticut, and I suggested that he call the Sr. Supervisory U.S. Attorney for the District of Connecticut, Mr. James Glasser. The gentleman from South Carolina is and sounded like a very decent human being and essentially displayed to me his sincere interest in helping you out.

I don't know what happened after that, but I can tell you that everything from South Carolina has been positive.

Very truly yours,

FRANK J. RICCIO

FJR/jvg

Jorge Santiago
REG NO. 14168-014
F.C.I ALLENWOOD/MED 4-A
P.O BOX 2500
WHITEDEER, PENNSYLVANIA
17887-2500

APRIL 26, 2004

SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, DC 20543-0001

RE: JORGE SANTIAGO V. UNITED STATES
    NO. 03-9466

Dear Clerk Suter:

I've receive the notice from your office saying that the petition for Writ of Certiorari was denied, now I'm requesting a permission to refiled in rehearing format, and requesting why the petition was not granted.

Thank you for your time and sincere consideration in this urgent matter.

7002 0510 0001 4575 7448

4-28-4

Never Recieved A ANSERED FOR this motion From the supreme courts.