## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jorge SANTIAGO,  Petitioner,  vs.   UNITED STATES OF AMERICA,  Respondent. | : : : : : : Civil No. 3:05cv703 (PCD) Crim. No. 3:01cr79 |

## ORDER TO SHOW CAUSE

Petition has filed a Petition for Writ of Habeas Corpus. It is hereby:

**Ordered** that the Respondents file a response to the Petition on or before July 1, 2005 showing cause why the relief prayed for in the Petition should not be granted and addressing the merits of the Petitioner's claims, and it is further

**Ordered** that service by the United States Marshal of this Order, together with a copy of the petition on Respondent's representative, Kevin J. O'Connor, United States Attorney, New Haven, Connecticut, on or before June 10, 2005 shall be deemed sufficient service.

SO ORDERED.

Dated at New Haven, Connecticut, May  31 , 2005.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court