UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JORGE SANTIAGO,<br>    Petitioner | :<br>:<br>: |
| v. | :     No. 3:01cr79 (PCD) |
| | : |
| UNITED STATES of AMERICA,<br>    Respondent | :<br>: |

**RULING ON PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS**

The Petitioner, Jorge Santiago, moves [Doc. No. 57] pursuant to 28 U.S.C. § 1915 for Leave to Proceed Without Prepayment of Fees. Based solely upon the information provided in Petitioner's Application, his Motion is **granted**.

SO ORDERED.

Dated at New Haven, Connecticut, October  31 , 2005.

                                                                 /s/
                                                        Peter C. Dorsey
                                                 United States District Judge