UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AMENDED
JUDGMENT IN A CRIMINAL CASE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:01CR79(PCD) |
| JORGE SANTIAGO | : | JAMES I. GLASSER, AUSA |
| 48 Caroline Street | | |
| Bridgeport, CT 06608 | | GARY D. WEINBERGER, AFPD |
| SSN: 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 | | Defendant's Attorney |
| DOB: 07/22/75 | | |

Title & Section:  18 U.S.C. §§ 922(g) & 924(e)
Nature of Offense:  Unlawful Possession Of Firearm
Date Offense Concluded:  04/02/01

 It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on March 27, 2002, be amended as follows:

The defendant JORGE SANTIAGO is hereby committed to the custody of the United States Attorney General for a term of **168 months**. The Court departs downward pursuant to Rule 35 motion filed by the government.

 In all other respects the Judgment and Order of Commitment entered by this Court on March 27, 2002, remains in full force and effect.

Dated at New Haven, Connecticut:  March 8, 2006.

IT IS SO ORDERED

CERTIFIED AS A TRUE COPY
ON THIS DATE _____
Kevin F. Rowe, Clerk
BY: _____
  Deputy Clerk

_____
Peter C. Dorsey
Senior United States District Judge