AO 458 (Rev. 11/98) Appearance

# UNITED STATES DISTRICT COURT

**DISTRICT OF** CONNECTICUT

JORGE SANTIAGO

V.   **APPEARANCE**

UNITED STATES OF AMERICA

DOCKET NUMBER: 3:05CV703(PCD)
DOCKET NUMBER: 3:01CR79 (PCD)

To The Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

MARCH 29, 2006
DATED

SIGNATURE

ALEX V. HERNANDEZ
PRINT NAME

ASSISTANT UNITED STATES ATTORNEY
ct08345
FEDERAL BAR NUMBER

United States Attorney's Office
915 Lafayette Boulevard Room 309
ADDRESS

Bridgeport, Connecticut   06604
CITY           STATE              ZIP CODE

203-696-3000
PHONE NUMBER

## CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed to Jorge Santiago, Inmate #14168-014, FCI-Edgefield, 501 Gary Hill Road, Edgefield, SC 29824, this 29th day of March, 2006.

ALEX V. HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY