UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JORGE SANTIAGO | : | |
| | : | |
| Petitioner, | : | |
| | : | CIVIL NO. 3:05cv703(PCD) |
| v. | : | CRIMINAL NO. 3:01cr79 |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Respondent. | : | March 27, 2006 |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE TO PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT HIS SENTENCE**

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure for the District of Connecticut and Local Rule 1(c) of the Local Rules of Criminal Procedure, the government respectfully requests an extension of time until May 26, 2006 to file its response to petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. §2255. Petitioner has filed his motion Pro Se.

The government is represented in this matter by Supervisory Assistant United States Attorney Alex V. Hernandez, who has been preparing the government's response to the petitioner's motion in this case. Attorney Hernandez is requesting a 60 day extension on his time to file so that he may properly respond to the petitioner's motion to vacate, set aside, or correct his sentence. Attorney Hernandez apologies for any inconvenience this may cause the court and is confident that he will be able to properly respond to the petitioner's motion within the 60 day extension, if it is granted.

This is the government's first request for an extension of time within which to complete its response to the defendant's motion. Pursuant to Rule 9(b) of the Local Rules of Civil

Procedure for the District of Connecticut and Local Rule 1(c) of the Local Rules of Criminal Procedure, the petitioner has filed his motion pro se therefore despite due diligence, the government would not be able to ascertain opposing counsel's position on this motion.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        _____

        ALEX V. HERNANDEZ
        SUPERVISORY ASST. U. S.  ATTORNEY
        UNITED STATES ATTORNEY'S OFFICE
        915 LAFAYETTE BOULEVARD
        BRIDGEPORT, CT 06604
        (203) 696-3000
        (203) 579-5575 (fax)
        FEDERAL BAR NUMBER ct08345

<u>CERTIFICATION OF SERVICE</u>

This is to certify that a copy of the within and foregoing was mailed this ___ day of

March, 2006 to the following:

Jorge Santiago
Inmate #14168-014
FCI – Edgefield
501 Gary Hill Road
Edgefield, SC 29824

_____
ALEX V. HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY