UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JORGE SANTIAGO,          : <br>    Petitioner,                : <br>                                        : <br>v.                                    :    Case No. 3:01cr79 (PCD) <br>                                        : <br>UNITED STATES OF AMERICA,   : <br>    Respondent.              : | |

**RULING ON PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner Jorge Santiago petitions this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2255, requesting relief based on four grounds of alleged ineffective assistance of counsel. On March 14, 2006, pursuant to the parties' request, this Court entered an Amended Judgment [Doc. No. 70], departing downward based on the Government's Rule 35 Motion and sentencing Petitioner to a term of 168 months, one year less than the fifteen-year term originally imposed on March 27, 2002. Because Petitioner has been granted the relief he seeks in the form of a reduced sentence and pursuant to a conversation with counsel for Petitioner, his § 2255 petition for writ of habeas corpus [Doc. No. 61] is hereby **dismissed**.

      SO ORDERED.

                                     Dated at New Haven, Connecticut, March  29 , 2006.

                                                         /s/ <br>
                                            Peter C. Dorsey, U.S. District Judge <br>
                                                       District of Connecticut