UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JORGE SANTIAGO,<br>    Petitioner, | :<br>:<br>: |
| v. | :    Case No. 3:01cr79 (PCD) |
| | : |
| UNITED STATES OF AMERICA,<br>    Respondent. | :<br>: |

### RULING ON PETITION FOR WRIT OF HABEAS CORPUS

On March 30, 2006, based on the Amended Judgment reducing Petitioner's sentence and pursuant to a conversation with the Federal Defender acting as counsel for Petitioner, his § 2255 petition for writ of habeas corpus [Doc. No. 61] was dismissed on the ground that Petitioner had received the relief requested. On May 9, 2006, however, Petitioner filed a Motion for Permission to Appeal the denial of his habeas petition. Because Petitioner now represents that he did not receive the relief requested, the Court will **vacate** its denial [Doc. No. 73] of Petitioner's § 2255 and deal with the habeas petition on the merits. The Government shall respond to Petitioner's § 2255 petition for writ of habeas corpus on or before June 7, 2006.

SO ORDERED.

Dated at New Haven, Connecticut, May 12, 2006.

/s/_____
Peter C. Dorsey, U.S. District Judge
District of Connecticut