TO : THE CLERK OF COURT

MAY 9 2006

3:01cr79(PCD)

WITH RESPECT TO THE COURT. I"M REQUESTING PERMISSION FOR AN APPLICATION TO APPEAL THE DENIAL ON MY 2255 MOTION, AND AN EXTENTION TO PREPARE FOR THE REQUEST.

SINCERIEY,
JORGE SANTIAGO
B.O.P.# 14168-014

I cant give up on my family, my Son needs me.

U.S.P. ATLANTA
P.O. BOX 150160
ATLANTA, GEORGIA   30315

JUDGE:
    PETER C. DORSEY

A.D.A.
    ALEX HERNANDEZ