FILED

2008 MAR 24 P 12:52

U.S. DISTRICT COURT
NEW HAVEN, CT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT (New Haven)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JORGE SANTIAGO,<br><br>  Defendant. | Case No. 3:01cr79(PCD)<br><br>Defendant's motion to reinstate his right to appeal his 2255 motion. |

Comes now the defendant in the above style case and moves this honorable court for a order "Reinstating his right to seek a Certificate of Appeallablity from the 2nd Circuit Court of Appeals."

Defendant makes the following statements in support of his motion:

1.) On March 30, 2006, based on the Amended Judgment reducing defendant's sentence and pursuant to a converstaion with the Federal Public Defender (Gary Wienberger). His 2255 Writ of Habeas Corpus [Doc. No. 61] was dismissed on the ground that petitioner had already recieved the relief requested.

2.) On May 9, 2006, Petitioner filed a motion for permission to Appeal the denial of his habeas petition, because "he did not recieved the relief requested."

3.) The court then vacated the denial and order the government to answer the habeas petition on the merits on or before June 7th, 2006.

4.) The defendant has recieved no reply from the government as ordered by the Court, and he has had not correspondence from the Federal Public Defender regarding the response.

5.) The defendant has just recently learned that the Court issued an order in December of 2007, this court issued an order dismissing his 2255 motion and forwarding it to the 2nd Circuit Court of Appeals.

## CONCLUSION

Defendant prays this Court will issue a new order giving him the right to appeal the denial of his 2255 to the 2nd Circuit Court of Appeals and argues that he should not be penalized for the time required to make such a request since he was notified by neither the public defenders office or the court in this matter that an order had been issued in December 2007.

Dated this 20th day of March 2008 by; _____
Jorge Santiago, Pro se
#14168-014
Federal Correctional Inst.
P.O. Box 5000
Sheridan, OR 97378

# Certificate of Service

I, Jorge Santiago , herby certify that I have served a true and correct copy of the following, by placement in the inmate mail:

Motion to reconsider or reninstate appeal of 2255

Service of process is deemed complete at the time of delivery to the prison authorities for forwarding to the court. *Houston v. Lack* 101 L.ED..2d. 245 (1998) confirms that by such service upon parties to litigation and or his/her attorney of record, by placement in a sealed, postage prepaid envelope addressed to:

Robert Appleton  
U.S. Attorney's Office  
915 Lafayette Blvd. 309  
Bridgeport, CT 06604

Gary Wienberger  
Federal Public Defender  
10 columbus Blvd 6th Fl.  
Hartfort, CT 06106

and

And deposited in the United States mail maintained by the Federal Correctional Institution, Sheridan, Oregon, all requirements of service of process required by law have been fulfilled this:

20 day of March , 2008.

**Federal Correctional Institution Sheridan**

**P.O Box 5000**

**Sheridan, OR 97378-5000**

Name: *Jorge Santiago*  
74168-014

Bureau of Prisons Identification Number