AO 458 (Rev. 11/98) Appearance

# UNITED STATES DISTRICT COURT

**DISTRICT OF** CONNECTICUT

JORGE SANTIAGO #14168-014
    Petitioner,

V.    **APPEARANCE**

WARDEN THOMAS, AND "THE
FEDERAL BUREAU OF PRISONS,
    Respondents,    **DOCKET NUMBER: PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. 2241**

To The Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Respondents.

April 30, 2008
DATED    SIGNATURE

FELICE M. DUFFY
PRINT NAME

ASSISTANT UNITED STATES ATTORNEY
ct21379
FEDERAL BAR NUMBER

United States Attorney's Office
915 Lafayette Boulevard Room 309
ADDRESS

Bridgeport, Connecticut   06604
CITY            STATE            ZIP CODE

203-696-3000
PHONE NUMBER

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the within and foregoing was sent by United States Mail this 30th day of April, 2008, to:

Jorge Santiago #14168-014
Federal Correctional Institution Sheridan
27072 Ballston Road
P. O. Box 8000
Sheridan, OR 97378

                            FELICE M. DUFFY
                            ASSISTANT UNITED STATES ATTORNEY